# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-023-503

**Effective Date of Registration:**
October 05, 2016

## Title

**Title of Work:** Group Registration of Published Photographs; 2016 Photo Collection;all published 1/2/2016-10/4/2016; 391 Photographs

**Content Title:** Parisienne_basketball tournament 9/17/2016

Parisienne_Jermaine Johnson 7/18/2016

Paisienne_WWII Plane2, 5/28/16

Parisenne_ Blood 7/7/2016

Parisiene_tractor-trailer 8/8/2016

PARISIENNE _Fire truck 9/27/2016

Parisienne_ audition 9/4/2016

PARISIENNE_ blown up house 9/27/2016

Parisienne_ Chevrolet Impala  8/24/2016

Parisienne_ Cops 9/15/2016

Parisienne_ cyclist accident 8/28/2016

Parisienne_ de Blasio, 5/13/16

PARISIENNE_ drug lab 9/27/2016

Parisienne_ green cab 9/25/2016

Parisienne_ hoverboard 7/6/2016

PARISIENNE_ marijuana palnts 9/27/2016

Parisienne_ Mayor de Blasio 7/23/2016

Parisienne_ Police in front of 120 Lott Avenue, 9/13/16

Parisienne_ Sharpton 8/2/2016

Parisienne_ Sukhjinder 8/23/2016

Parisienne_ Timothy Dolan, 5/21/16

Parisienne_ victim 8/6/2016

Parisienne_20-year-old motorcyclist 7/24/2016

Parisienne_Albio Sires1, 9/20/16

Parisienne_Albio Sires2, 9/20/16

Parisienne_Albio Sires3, 9/20/16

Parisienne_Albio Sires4, 9/20/16

Parisienne_Alley Way, 9/20/16

Parisienne_Anthony Weiner, 6/26/16

Parisienne_Antonio Semper, 1/16/16

Parisienne_Araceli Colato, 6/5/16

Parisienne_ATF Police, 9/27/16

Parisienne_Atlantic Ave. at Rockaway Ave., 1/10/16

Parisienne_Authorities outside hotel, 2.10.16

Parisienne_Bicycle, 6/7/16

Parisienne_big potato 8/24/2016

Parisienne_black Audi 9/10/2016

Parisienne_Blizzard1, 1/23/16

Parisienne_Blizzard2, 1/23/16

Parisienne_Blizzard3, 1/23/16

Parisienne_Blizzard4, 1/23/16

Parisienne_Blood from the victim 8/16/2016

Parisienne_Bloody Car, 7.5.16

Parisienne_body bag 8/21/2016

Parisienne_Bridge, 3/23/16

Parisienne_Brooklyn Bridge, 4/30/16

Parisienne_Brooklyn house party 8/7/2016

Parisienne_Buffalo1, 9/20/16

Parisienne_Buffalo2, 9/20/16

Parisienne_bullet casings litter the ground 8/2/2016

Parisienne_bullet holes 9/10/2016

Parisienne_Bullet, 6/5/16



Parisienne_burglar shot 8/1/2016

Parisienne_Burned Building, 4/5/16

Parisienne_Cab, 1/8/16

Parisienne_Camry, 2/13/16

Parisienne_car accident 9/15/2016

Parisienne_car crash 2 8/31/2016

Parisienne_car crash 3 8/31/2016

Parisienne_car crash 4 8/31/2016

Parisienne_car crash 8/31/2016

Parisienne_car crash 9/10/2016

Parisienne_Car Crash, 6/20/16

Parisienne_Car Door, 5/23/16

Parisienne_Carnival participants 9/3/2016

Parisienne_caution tape 9/27/2016

Parisienne_chief sullivan 9/27/2016

PARISIENNE_chiminey 9/27/2016

Parisienne_Chris Palladino, 6/6/16

Parisienne_City Walker, 2/14/16

Parisienne_City Walker, 2/15/16

Parisienne_City Waterway, 5/9/16

Parisienne_Clinton and Cuomo, 6/26/16

Parisienne_coast guard 8/20/2016

Parisienne_Community Day  9/17/2016

Parisienne_Conrad Hotel, 3/28/16

Parisienne_Conrad Hotel2, 3/28/16

Parisienne_Construction Vehicle, 4/16/16

Parisienne_cop car 9/27/2016

Parisienne_Cops 7/13/2016

Parisienne_Cops behind tape, 6/3/16

Parisienne_Cops in front of Deli, 9/28/16

Parisienne_Cops investigate 8/24/2016

Parisienne_Cops Investigating, 5.29.16

Parisienne_Cops, 1/17/16

Parisienne_Cops, 4/27/16

Parisienne_Crashed Car, 2/21/16

Parisienne_Crashed Officer Car, 2/20/16

Parisienne_crashed truck 8/8/2016

Parisienne_crime scene 8/28/2016

Parisienne_crime scene unit 9/17/2016

Parisienne_Crime Scene Unit, 9/27/16

Parisienne_Crime Scene, 2/28/16

Parisienne_Crime Unit2, 9/27/16

Parisienne_Criminal, 6/20/16

Parisienne_Crown Heights, 5/31/16

Parisienne_D Train, 1/26/16

Parisienne_dancer 9/5/2016

Parisienne_David Blauzvern and John Green, 6/1/16

Parisienne_de Blasio 7/6/2016

Parisienne_de Blasio and Sharpton, 5/7/16

Parisienne_de Blasio, 4/26/16

Parisienne_de Blasio, 5/7/16

Parisienne_de Blasio, 5/9/16

Parisienne_de Blasio, 5/18/16

Parisienne_de Blasio, 5/22/16

Parisienne_de Blasio, 5/27/16

Parisienne_de Blasio, 6/3/16

Parisienne_de Blasio2, 5/13/16

Parisienne_DEA, 4/2/16

Parisienne_Debevoise Ave 7/18/2016

Parisienne_Dented Car1, 6/6/16

Parisienne_Dented Car2, 6/6/16



Parisienne_Derrick Moore, 5/14/16

Parisienne_Dog1, 3/12/16

Parisienne_double shooting on Tompkins Ave., 9/28/16

Parisienne_Driver, 2/4/16

Parisienne_Driver, 4/16/16

Parisienne_Drug house exlposion3, 9/27/16

Parisienne_Drug house explosion1, 9/27/16

Parisienne_Drug House Explosion5, 9/27/16

Parisienne_Drug House Explosion6, 9/27/16

Parisienne_Drug House Explosion7, 9/27/16

Parisienne_Drug House Explosion8, 9/27/16

Parisienne_Drug House Explosion9, 9/27/16

Parisienne_Drug Lab Explosion, 9/27/16

Parisienne_Drughouse explosion2, 9/27/16

Parisienne_Druh House Explosion4, 9/27/16

Parisienne_Dylan Johnson and Tom McLaughlin, 4/30/16

Parisienne_Edwin Hernandez, 4/2/16

Parisienne_Edwin Hernandez2, 4/2/16

Parisienne_Elizabeth Police1, 9/20/16

Parisienne_Elizabeth Police2, 9/20/16

Parisienne_Elizabeth Police3, 9/20/16

Parisienne_Elizabeth Police4, 9/20/16

Parisienne_Elizabeth Police5, 9/20/16

Parisienne_Elizabeth Police6, 9/20/16

Parisienne_Empire Blvd 9/5/2016

Parisienne_Ernest Brown 8/2/2016

Parisienne_Espaillat, 6.25.16

Parisienne_Ethan Phillip, 1/15/16

Parisienne_Ethan Phillip, 2/25/16

Parisienne_Ethan Phillip2, 2/25/16

Parisienne_Evidence is removed 7/7/2016

Parisienne_Explosion Debris, 9/27/16

Parisienne_Explosion debris2, 9/27/16

Parisienne_Explosion Debris3, 9/27/16

Parisienne_Explosion Debris4, 9/27/16

Parisienne_Explosion Debris5, 9/27/16

Parisienne_Explosion Debris6, 9/27/16

Parisienne_Explosion Debris7, 9/27/16

Parisienne_Family members 9/15/2016

Parisienne_Family Mourning, 5/11/16

Parisienne_Fatal Double Shooting in Brooklyn, 9/28/16

Parisienne_FDNY Ambulance, 3/5/16

PARISIENNE_fdny at the scene 9/27/2016

Parisienne_FDNY Responds to Drug House Explosion1, 9/27/16

Parisienne_FDNY Responds to Drug House Explosion2, 9/27/16

Parisienne_FDNY responds to drug house explosion3, 9/27/16

Parisienne_Ferry, 1/27/16

Parisienne_Fire Trucks, 9/27/16

Parisienne_Firefighter responding, 9/27/16

Parisienne_Firefighter responding2, 9/27/16

Parisienne_Firefighters 8/6/2016

Parisienne_Firefighters, 2/24/16

Parisienne_First American Fried Chicken 7, 9/20/16

Parisienne_First American Fried Chicken, 9/20/16

Parisienne_First American Fried Chicken2, 9/20/16

Parisienne_First American Fried Chicken3, 9/20/16

Parisienne_First American Fried Chicken4, 9/20/16

Parisienne_First American Fried Chicken5, 9/20/16

Parisienne_First American Fried Chicken6, 9/20/16

Parisienne_First American Fried Chicken8, 9/20/16

Parisienne_First responders 7/30/2016



Parisienne_G Train, 2/29/16

Parisienne_Gale Brewer 9/15/2016

Parisienne_Gang Arrest, 4/27/16

Parisienne_Green Cab, 4/19/16

Parisienne_green taxi 8/24/2016

Parisienne_Grief, 2/24/16

Parisienne_gun 8/9/2016

Parisienne_Gun, 4/17/16

Parisienne_Hamidou Diallo 9/25/2016

Parisienne_Hanging Clothing, 9/27/16

Parisienne_Helicopter, 1/31/16

Parisienne_Helicopter, 4/20/16

Parisienne_Hendrix Street 9/17/2016

Parisienne_Homeless, 2/1/16

Parisienne_Homeless, 2/14/16

Parisienne_Horse Carriage, 1/28/16

Parisienne_Horse, 1/4/16

parisienne_hospital 7/17/2016

Parisienne_House Smoke, 9/27/16

Parisienne_Hoverboard, 3/11/16

Parisienne_Hudson Plane Crash, 5/28/16

Parisienne_Hudson Plane Crash2, 5/28/16

Parisienne_Hudson Plane Crash3, 5/28/16

Parisienne_Hudson Plane Crash4, 5/28/16

Parisienne_Injured Cop, 6/11/16

Parisienne_Injured Man, 5/30/16

Parisienne_Injured Man, 6/20/16

Parisienne_Injured thief, 4/5/16

Parisienne_Injured Thief2, 4/5/16

Parisienne_Investigators 7/10/2016

Parisienne_investigators 9/25/2016

Parisienne_investigators bag a knife 7/7/2016

Parisienne_Investigators collect evidence 7/7/2016

Parisienne_J. Christian Bollwage1, 9/20/16

Parisienne_J. Christian Bollwage2, 9/20/16

Parisienne_J. Christian Bollwage3, 9/20/16

Parisienne_J. Christian Bollwage4, 9/20/16

Parisienne_J. Christian Bollwage5, 9/20/16

Parisienne_Jacket, 2/28/16

Parisienne_Jaden Ramos 9/17/2016

Parisienne_James Grant, 6/20/16

Parisienne_Jo Anne Simon, 1/5/16

Parisienne_Joseph Cherry, 6.7.16

Parisienne_Julio Cintron, 1/16/16

Parisienne_Julio Cintron2, 1/16/16

Parisienne_Julio Cintron3, 1/16/16

Parisienne_K2 overdose 7/12/2016

Parisienne_Kamicah Charles 9/3/2016

Parisienne_Karen Hinton, 5/27/16

Parisienne_Kingsborough Houses 9/4/2016

Parisienne_Koyzina Kafe, 6/28/16

Parisienne_Larry Byrne, 1/11/16

Parisienne_Letitia James, 1/20/16

Parisienne_Letitia James, 4/11/16

Parisienne_Letitia James, 5/12/16

Parisienne_Levan Bakradze, 3/5/16

Parisienne_Loretta Lynch, 2/13/16

Parisienne_Maimonides Hospital, 2.18.16

Parisienne_Mamadou Diallo, 5/31/16

Parisienne_Mamadou Diallo, 9/7/16

Parisienne_Manhattan Detention Center, 1/8/16



Parisienne_Maria Lugo, 6/25/16

Parisienne_Maria Lugo2, 6/25/16

Parisienne_mayor de blasio 9/22/2016

Parisienne_McPhatter Funeral1, 6/5/16

Parisienne_McPhatter Funeral2, 6/5/16

Parisienne_McPhatter Funeral3, 6/5/16

Parisienne_McPhatter Funeral4, 6/5/16

Parisienne_Medical examiner 7/25/2016

Parisienne_Michelle Obama, 4/27/16

Parisienne_Michelle Obama, 4/28/16

Parisienne_Michelle Obama2, 4/27/16

Parisienne_Mohammad Rahami1, 9/20/16

Parisienne_Mohammad Rahami2, 9/20/16

Parisienne_Mohammad Rahami3, 9/20/16

Parisienne_Mohammad Rahami4, 9/20/16

Parisienne_Mohammad Rahami5, 9/20/16

Parisienne_Mohammad Rahami6, 9/20/16

Parisienne_Mohammad Rahami7, 9/20/16

Parisienne_Mohammad Rahami8, 9/20/16

Parisienne_motor oil 9/5/2016

Parisienne_Museum of Natural History1, 5/7/16

Parisienne_Museum of Natural History2, 5/7/16

Parisienne_Museum of Natural History3, 5/7/16

Parisienne_Museum of Natural History4, 5/7/16

Parisienne_Nassirou Diallo 9/25/2016

Parisienne_New York Caribbean Carnival Parade, 9/5/2016

Parisienne_Norman Seabrook, 6/8/16

Parisienne_NYPD Arson Detectives1, 9/27/16

Parisienne_NYPD Arson Detectives2, 9/27/16

Parisienne_NYPD Arson Detectives3, 9/27/16

Parisienne_nypd car at building 9/26/2016

Parisienne_NYPD cops investigate 8/7/2016

Parisienne_NYPD Crime Scene Unit, 6/7/16

Parisienne_NYPD Crime Scene Unit3, 9/27/16

Parisienne_NYPD Divers, 4/30/16

Parisienne_NYPD Divers, 5/28/16

Parisienne_NYPD Divers2, 4/30/16

Parisienne_NYPD Divers2, 5/28/16

Parisienne_NYPD Harbor Unit, 4/21/16

Parisienne_NYPD Homeless, 3/14/16

Parisienne_NYPD Lifted Over Debris, 9/27/16

Parisienne_NYPD Lifted Over Debris2, 9/27/16

Parisienne_NYPD officers 9/7/2016

Parisienne_NYPD Responders1, 9/27/16

Parisienne_NYPD Responders2, 9/27/16

Parisienne_nypd van 7/7/2016

Parisienne_NYPD, 2/2/16

Parisienne_O'Neill and his predecessor 9/23/2016

Parisienne_Parisi Bakery 2, 8/17/2016

Parisienne_Parisi Bakery 8/17/2016

Parisienne_park officials 7/25/2016

Parisienne_Peter Liang, 1/20/16

Parisienne_Phillip Vetrano, 9/3/16

Parisienne_Plow, 1/21/16

Parisienne_police 9/27/2016

Parisienne_police at crime scene, 3/9/16

Parisienne_police burglar shot 8/1/2016

Parisienne_Police find a knife 7/7/2016

Parisienne_Police Investigate Suicide, 10/2/16

Parisienne_Police Investigation, 6/5/16

Parisienne_Police Officers respond to House Explosion1, 9/27/16



Parisienne_Police stand outside 9/26/2016

Parisienne_potato floats atop a barge 8/24/2016

Parisienne_President Eric Adams 9/3/2016

Parisienne_Pride Parade, 6/26/16

Parisienne_Protesters, 5/21/16

Parisienne_Puerto Rico, 5/25/16

Parisienne_Puppy, 3/12/16

Parisienne_Q Train, 6/1/16

Parisienne_R train station 7/12/2016

Parisienne_R Train, 2/5/16

Parisienne_Red Bentley, 5/23/16

Parisienne_Responders behind tape, 9/27/16

Parisienne_Rollercoaster, 3/26/16

Parisienne_Rollercoaster2, 3/26/16

Parisienne_Ruben Wills, 1/12/16

Parisienne_Schumer and de Blasio, 1/4/16

Parisienne_Schumer and deBlasio2, 1/4/16

Parisienne_Schumer, 2/28/16

Parisienne_Schumer, 4/17/16

Parisienne_Schumer, 6/5/16

Parisienne_Senior, 1/26/16

Parisienne_Sharpton, 6/26/16

Parisienne_Sharpton, 6/29/16

Parisienne_Shattered Glass, 3/14/16

Parisienne_Shoe, 4/16/16

Parisienne_Shoveling, 1/25/16

Parisienne_Sidney Royel Selby 2 9/10/2016

Parisienne_Sidney Royel Selby 9/10/2016

Parisienne_Sidney Royel Selby3, 9/10/16

Parisienne_Sidney Royel Selby4, 9/10/16

Parisienne_Sidney Royel Selby6, 9/10/16

Parisienne_Sidney Royel Selby7, 9/10/16

Parisienne_Sidney Royel Selby8, 9/10/16

Parisienne_Sidney Royel Selby9, 9/10/16

Parisienne_Sidney Royel Selby10, 9/10/16

Parisienne_Sidney Royel Selby11, 9/10/16

Parisienne_Sidney Royel Selby12, 9/10/16

Parisienne_Sidney Royel Selby13, 9/10/16

Parisienne_Sidney Royel Selby14, 9/10/16

Parisienne_Sidney Royel Selby15, 9/10/16

Parisienne_Snowed in, 1/25/16

Parisienne_Splattered Blood, 9/27/16

Parisienne_Splattered Blood, 10/2/16

Parisienne_Splattered Blood2, 9/27/16

Parisienne_stilts man 9/5/2016

Parisienne_Straus House, 2/27/16

Parisienne_Stroller, 2/24/16

Parisienne_Subway, 1/23/16

Parisienne_Subway, 5/30/16

Parisienne_Suicidal Man, 6/1/16

Parisienne_Sunshine Deli & Grocery 9/25/2016

Parisienne_Suspects, 5/14/16

Parisienne_SUV, 4/17/16

Parisienne_Tammy Katan-Brown 7/14/2016

Parisienne_Tattooed man, 3/21/16

Parisienne_taxi carpool 7/20/2016

Parisienne_Taxi Crash, 6/20/16

Parisienne_The Kingsborough Houses 9/4/2016

Parisienne_Totalled Car, 9/1/16

Parisienne_Traffic, 2/7/16

Parisienne_Travis Beckford, 1/13/16



Parisienne_Travis Dominique 8/17/2016

Parisienne_Tristan Wilds1, 9/26/16

Parisienne_Tristan Wilds2, 9/26/16

Parisienne_Tristan Wilds3, 9/26/16

Parisienne_Tristan Wilds4, 9/26/16

Parisienne_Tristan Wilds5, 9/26/16

Parisienne_Tristan Wilds6, 9/26/16

Parisienne_Tristan Wilds7, 9/26/16

Parisienne_Tristan Wilds8, 9/26/16

Parisienne_Truck, 6/7/16

Parisienne_Tugboat, 3/24/16

Parisienne_Turcios' son 8/3/2016

Parisienne_Two Officers, 2/20/16

Parisienne_Uber, 1/2/16

Parisienne_Uber, 2/2/16

Parisienne_Van, 2/4/16

Parisienne_Warren Cox, 10/4/16

Parisienne_Washed up body, 5/9/16

Parisienne_water main break, 4/11/16

Parisienne_Woman Crying1, 5/14/16

Parisienne_Woman1, 2/13/16

Parisienne_Woman2, 2/13/16

Parisienne_Woman3, 2/13/16

Parisienne_Women wait in line 9/4/2016

Parisienne_WWII Plane, 5/28/16

Parisienne_Xicay, 6/28/16

Parisienne_Yellow Crime Tape, 3/14/16

PARISIENNE, explosion 9/28/2016

Parisiennen_cops investigate 8/17/2016

Parisisenne_ evidence 7/30/2016

Parisienne_Sidney Royel Selby5, 9/10/16

Parisienne_motorcycle accident 7/24/2016

Parisienne_Preet Bharara, 5/9/16

Parisienne_ Queens, home 7/29/2016

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | January 02, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Theodore Parisienne |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| **Copyright Claimant:** | Theodore Parisienne |
|---|---|
|  | 159 Martin Luther King, Jr. Place, Brooklyn, NY, 11206, United States |

## Certification

| **Name:** | Richard Liebowitz |
|---|---|
| **Date:** | October 05, 2016 |